People v Davis (2024 NY Slip Op 06522)

People v Davis

2024 NY Slip Op 06522

Decided on December 20, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 20, 2024

PRESENT: LINDLEY, J.P., CURRAN, MONTOUR, GREENWOOD, AND NOWAK, JJ. (Filed Dec. 20, 2024.) 

MOTION NO. (368/15) KA 13-01176.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
MATTHEW A. DAVIS, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.